IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LENNY LORRAINE JAMES, § § Plaintiff, § § v. § § JO ANNE B. BARNHART, § COMMISSIONER OF THE § SOCIAL SECURITY § ADMINISTRATION, § § Defendant. § | CIVIL ACTION NO. C-05-0257 |

## ORDER

Pending before the Court is Defendant's Motion for an Enlargement of Time.

IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until August 29, 2005, to file an answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 4 day of August, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE